JOHN S. LEONARDO
United States Attorney
District of Arizona
HEATHER H. SECHRIST
Assistant U.S. Attorney
State Bar No. 023099
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email: heather.sechrist@usdoj.gov
Attorneys for Plaintiff

___FILED___LODGED

___RECEIVED___COPY

2016 APR 20  P 2: 53

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

                Plaintiff,

    vs.

Ofelia Olivas Lizarraga,

                Defendant.

CR16- 801TUC

I N D I C T M E N T

VIO: 21 U.S.C. §846
(Conspiracy to Possess with Intent to Distribute Marijuana)
Count 1

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D)
(Possession with Intent to Distribute Marijuana)
Count 2

21 U.S.C. § 963
(Conspiracy to Import Marijuana)
Count 3

21 U.S.C. § 952(a) and §§ 960(a)(1) and 960(b)(4)
(Importation of Marijuana)
Count 4

**THE GRAND JURY CHARGES:**

## COUNT 1

Beginning at a time unknown, to on or about March 1, 2016, at or near Nogales, in the District of Arizona, Ofelia Olivas Lizarraga did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the grand jury, to possess with intent to distribute less than 50 kilograms of marijuana, a Schedule I

controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about March 1, 2016, at or near Nogales, in the District of Arizona, Ofelia Olivas Lizarraga did knowingly and intentionally possess with intent to distribute less than 50 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT 3

Beginning at a time unknown, to on or about March 1, 2016, at or near Nogales, in the District of Arizona, Ofelia Olivas Lizarraga did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the Grand Jury, to import into the United States from the Republic of Mexico less than 50 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(4).

All in violation of Title 21, United States Code, Section 963.

## COUNT 4

On or about March 1, 2016, at or near Nogales, in the District of Arizona, Ofelia Olivas Lizarraga did knowingly and intentionally import into the United States from the Republic of Mexico less than 50 kilograms of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(4).

A TRUE BILL

/ S /
Presiding Juror

JOHN S. LEONARDO
United States Attorney
District of Arizona

/ S /
Assistant U.S. Attorney
Dated:  April 20, 2016

REDACTED FOR
PUBLIC DISCLOSURE

*United States of America v. Ofelia Olivas Lizarraga*
*Page 2 of 2*